# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Michael Lavage,<br>      Plaintiff | Docket 3:10-cv-414-TIV-TMB |
| v. | (JUDGE THOMAS I. VANASKIE) |
| Northstar Location Services, LLC,<br>      Defendant | FILED ELECTRONICALLY |

## ORDER

This action is hereby dismissed with prejudice and without cost to either party.

Date: March 31, 2010

Thomas I. Vanaskie
United States District Judge